Company.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Arthur M. Bier v. Joseph Perlmutter and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Boston Building Estates, Inc., v. William Henderson.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Criterion Linotyping & Printing Co., Inc., v. American Bankruptcy Review, Inc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

George Brunella v. Emilio Bracchi.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Midmer-Losh, Inc., v. Chester Amusement Company, Inc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Midmer-Losh, Inc., v. Chester Amusement Company, Inc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Midmer-Losh, Inc., v. Chester Amusement Company, Inc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of Supplementary Proceedings: Appleton L. Clark v. Max Klutzman.— Application denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Morris Halperin v. Magoba Construction Company, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

Adolph Link v. Charles J. McNally.— Motion denied, with ten dollars costs. Present — Martin, Merrell, O'Malley and Proskauer, JJ.

Favorite Paper Box Co., Inc., v. Pacific Fire Insurance Company of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, O'Malley and Proskauer, JJ.

Jacob Schlesinger, Inc., v. The City of New York.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

In the Matter of the Application of The People of the State of New York, by Francis R. Stoddard, Jr., as Superintendent of Insurance of the State of New York — Norske Lloyd Insurance Company, Ltd.— Motion granted; question certified. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Bertha C. Zinn, as Administratrix, etc., v. American Railway Express Company, Impleaded, etc.— Motion for leave to appeal or for reargument denied, with ten dollars costs. Motion for stay granted upon appellant's filing the undertakings required by sections 591 and 593 of the Civil Practice Act. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

The Equitable Life Assurance Society of the United States v. Nellie Higgins — Hannah Kraus.— Motion for leave to appeal or for reargument